UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ X
                                     :
SALZMAN & WINER, LLP,                :
                                     :          26cv162 (DLC)
                         Plaintiff,  :
                                     :          ORDER
          -v-                        :
                                     :
LEONARD M. ISAAC,                    :
                                     :
                         Defendant.  :
                                     :
------------------------------------ X

DENISE COTE, District Judge:

     A Notice of January 12, 2026 scheduled an initial pretrial

conference in the above-captioned matter on March 6, 2026 at

11:30 a.m.  Although a summons was issued as to the defendant on

January 9, the plaintiff has not submitted an affidavit of

service to indicate that the defendant has been served to date.

Nor has the plaintiff asked for an adjournment of the March 6

conference.  Accordingly, it is hereby

     ORDERED that the plaintiff shall complete service on the

defendant forthwith and file an affidavit of service on the

docket no later than **March 5, 2026.**

Dated:    New York, New York
          March 4, 2026

                                   _____
                                   DENISE COTE
                                   United States District Judge