

P26169392

## UNITED STATES DISTRICT COURT
### Southern District of New York

## AFFIRMATION OF SERVICE

Index no : **1:26-cv-00162-DLC**

| | |
|---|---|
| Plaintiff(s): | **Salzman & Winer, LLP** |
| Defendant(s): | **Leonard M. Isaac** |

**Sandra Yade**, the undersigned, affirms that I was at the time of service over the age of eighteen and not a party to this action. I reside in the .

On **02/26/2026** at **11:30 AM**, I served the within **Summons in a Civil Action, Complaint, Civil Cover Sheet, and Notice of Appearance** on **Leonard M. Isaac at 270 Farmington Avenue, Ste 345, Farmington, CT 06032** in the manner indicated below:

**AFFIXING:** By affixing a true copy of each to the door of said premises, which is recipient's usual place of abode within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat:

| Date/Time | Address | Remarks |
|---|---|---|
| | | |

Pursuant to CPLR-Section 308(4), on **02/26/2026** , deponent completed service by depositing a true copy of each document to the above address in a 1st Class postpaid properly addressed envelope not indicating that the mailing was from and attorney or concerned legal action and marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office.

**Comments: 2/19/26@ 10:57AM - This is the Isaac law office's.The office is locked.There is no answer from a knock, no lights on left notice. 2/19/26 @ 11:14PM - Female called from 860-255-7118. Verified address. Nature of documents were given. Call to coordinate. 11:25AM - I called subject's office and paralegal said subject not in office much. She is authorized to accept next week. 2/24/26 @ 10:45AM doors locked. Called Jennifer from site. She is working remote. Coordinated for Thursday 2/26 anytime before 3PM either her or another authorized staff will be there to accept service. 2/26/26 @ 11:10AM doors locked. Called Jennifer 3 times frm site. Voice message left. Client was advised that no one was there for scheduled time of service. Client authorized abode service. Documents were slid under the door into the office**

I affirm this 27th day of February, 2026 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment. that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law

X_____
Sandra Yade
Lexitas fka PM Legal NY
1235 Broadway 2nd Floor
New York, NY 10001
212-233-4040
Atty File#:

*Notary Not Required Pursuant To N.Y. CPLR 2106*



