**THE LAW OFFICES OF**
**SALZMAN & WINER, LLP.**
**THE WOOLWORTH BUILDING**
**233 BROADWAY, SUITE 900**
**NEW YORK, NEW YORK 10279**
**Telephone: (212) 233-6550**
**Fax: (212) 233-6714**

**ALAN CHESTER SALZMAN**                                                      **SETH HARRIS**
Alanchester1530@yahoo.com                                                  **OF COUNSEL**
**HARVEY WINER**
hwiner@salzmanwiner.com

March 4, 2026

Honorable Denise L. Cote
Senior District Court Judge
UNITED STATES DISTRICT COURT
The Southern District of New York
500 Pearl Street, Courtroom 18B
New York, New York 10007

> Re: 1:26-cv-00162-DLC / Salzman & Winer, LLP v. Isaac
> **Initial Pretrial Conference on March 6, 2026 @ 2:30 PM**

Dear Judge Cote,

We are attorneys for the plaintiff in this matter. We respectfully request an adjournment of the initial pretrial conference referenced above because the defendant was served on 02/26/2026, out-of-state in Connecticut, by nail-and-mail personal service pursuant to New York CPLR 308(4). The Affidavit of Service (copy attached) has been uploaded to the SDNY EFC. As such, the defendant will likely not have put in an Answer by this Friday, 03/06/2026. Therefore, we seek an adjournment of the conference to a new date further past 03/30/2026.

Likewise, because plaintiff's new counsel will be observing Passover and Sabbath, we ask that the new conference date avoid those days falling within the holy holidays, including Fridays.

We look forward to hearing from you soon. Thank you.

SALZMAN & WINER, LLP

Joseph Kim, Esq.



P26169392

## UNITED STATES DISTRICT COURT
### Southern District of New York

### AFFIRMATION OF SERVICE

Index no : 1:26-cv-00162-DLC

Plaintiff(s): **Salzman & Winer, LLP**
Defendant(s): **Leonard M. Isaac**

**Sandra Yade**, the undersigned, affirms that I was at the time of service over the age of eighteen and not a party to this action. I reside in the .

On **02/26/2026** at **11:30 AM**, I served the within **Summons in a Civil Action, Complaint, Civil Cover Sheet, and Notice of Appearance** on Leonard M. Isaac at **270 Farmington Avenue, Ste 345, Farmington, CT 06032** in the manner indicated below:

AFFIXING: By affixing a true copy of each to the door of said premises, which is recipient's usual place of abode within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat:

| Date/Time | Address | Remarks |
|---|---|---|

Pursuant to CPLR-Section 308(4), on **02/26/2026** , deponent completed service by depositing a true copy of each document to the above address in a 1st Class postpaid properly addressed envelope not indicating that the mailing was from and attorney or concerned legal action and marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office.

Comments: **2/19/26@ 10:57AM - This is the Isaac law office's.The office is locked.There is no answer from a knock, no lights on left notice. 2/19/26 @ 11:14PM - Female called from 860-255-7118. Verified address. Nature of documents were given. Call to coordinate. 11:25AM - I called subject's office and paralegal said subject not in office much. She is authorized to accept next week. 2/24/26 @ 10:45AM doors locked. Called Jennifer from site. She is working remote. Coordinated for Thursday 2/26 anytime before 3PM either her or another authorized staff will be there to accept service. 2/26/26 @ 11:10AM doors locked. Called Jennifer 3 times frm site. Voice message left. Client was advised that no one was there for scheduled time of service. Client authorized abode service. Documents were slid under the door into the office**

I affirm this **27**ᵗʰ day of **February 2026** under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law

X_____
Sandra Yade
Lexitas fka PM Legal NY
1235 Broadway 2nd Floor
New York, NY 10001
212-233-4040
Atty File#:

*Notary Not Required Pursuant To N.Y. CPLR 2106*



