```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
SALZMAN & WINER, LLP,                 :
                                      :           26cv162 (DLC)
                    Plaintiff,        :
                                      :             ORDER
           -v-                        :
                                      :
LEONARD M. ISAAC,                     :
                                      :
                    Defendant.        :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

Having received plaintiff's March 12, 2026 filing affirming that the defendant was personally served on March 7, 2026, it is hereby

ORDERED that the defendant shall file an answer or other responsive pleading no later than **March 30, 2026.**

IT IS FURTHER ORDERED that the initial pretrial conference scheduled for March 26, 2026 at 4:00 p.m. shall be adjourned to **April 3, 2026** at **11:30 a.m.** in Courtroom 18B at the United States Courthouse, 500 Pearl Street, New York, New York, 10007.

Dated:    New York, New York
          March 16, 2026

                                         _____
                                              DENISE COTE
                                      United States District Judge